UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEFFREY KITCHENS/COUNTER DEFENDANT,<br>          Plaintiff(s),<br><br>vs.<br><br>PEOPLESCOUT, INC./ COUNTER CLAIMANT,<br>          Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:23-cv-00978-MHC |

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of Defendant's Motion for Summary Judgment, and the court having Granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 31st day of December, 2024.

                                            KEVIN P. WEIMER
                                            CLERK OF COURT

                                 By:  s/ D. Salpeter
                                            Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 31, 2024
Kevin P. Weimer
Clerk of Court

By: s/ D. Salpeter
Deputy Clerk